

ENTERED
10/12/2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
CHRISTOPHER MATHEW MICHAEL §
COLBERT § CASE NO. 07-34178-H3-7
 §
 § CHAPTER 7
DEBTORS §
 §

### Order Authorizing Nunc Pro Tunc Employment of Tow & Koenig, PLLC as General Counsel

The Court having considered the foregoing Nunc Pro Tunc Application of the Trustee to employ Tow & Koenig, PLLC, Judy Deneau Torrance as attorney in charge, to act as attorney for the estate and the Declaration of Judy Deneau Torrance in support thereof, and it appearing that the law firm of Tow & Koenig, PLLC, its members and associates, is a disinterested person within the meaning of B.R. 2014, and that the employment is in the best interest of the estate and the economical administration thereof, it is

ORDERED that Rodney Tow, Trustee herein, is authorized to employ Tow & Koenig, PLLC to act as General Counsel for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefor.

IT IS FURTHER ORDERED that the services to be performed are as follows and are nunc pro tunc to August 13, 2007:

a. Collect nonexempt assets including a receivable payable to the estate.

b. File objections to claims, if necessary.

c. File objections to exemptions.

    d.      File objections to discharge if deemed appropriate.

    e.      Perform miscellaneous legal duties to complete the bankruptcy case.

IT IS FURTHER ORDERED, that should Rodney Tow, Trustee desire for the law firm to perform any additional professional services, other than those authorized herein, or should Applicant desire to appoint additional counsel to perform legal services, leave is hereby granted for Applicant to file such other applications or supplemental applications as may be necessary.

SIGNED this ___ day of **OCT 1 1 2007**, 2007.

_____
LETITIA Z. CLARK
U. S. BANKRUPTCY JUDGE

ORDER AUTHORIZING EMPLOYMENT OF GENERAL COUNSEL    Page 2