UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

ENTERED
01/07/2013

IN RE:

Rhonda E. Baker

(Debtor),

BANKRUPTCY CASE NUMBER
04-80959

#65

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Citizens Bank, in the amount of $281.83, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that RBS Citizens, National Association c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $281.83 to Dilks & Knopik, LLC and RBS Citizens, National Association at the following address:

35308 SE Center St,
Snoqualmie, WA  98065

Dated:   JAN - 7 2013

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98