

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
03/18/2013

| | | |
|---|---|---|
| IN RE: | § | Case No.   04-80959-G-13 |
| Rhonda E Baker | | |
| Debtor | § | |

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __68__) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. _____  Proposed Order not filed by applicant.

5. \_\_\_\_\_  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__  Other:  Previous order to disburse, in the amount of $281.83, entered on 1/7/2013.  Leaving only $233.83 in Registry.

Signed __MAR 1 8 2013__.

_____
United States Bankruptcy Judge