IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CHRISTOPHER MATTHEW | § | CASE NO. 07-34178-H3-7 |
| MICHAEL COLBERT, | § | (CHAPTER 7) |
|     DEBTOR | § | |
| | § | |

## Trustee's Amended Motion to Sell Property Free and Clear of All Liens, Claims and Encumbrances

*******************************************************************************

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

*******************************************************************************

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee respectfully files this Amended Motion to Sell Property Free and Clear of all Liens, Claims, and Encumbrances. The Trustee files concurrently herewith a request for expedited consideration.

### Purpose of the Amendments

1. Since obtaining the original order authorizing this sale, the Trustee has learned that there are several lis pendens or abstracts of judgment filed against this property. If all of the abstracts are determined to attach to this real estate, there will be no funds available for

general unsecured creditors. That is directly opposite of the representation in the original motion that unsecured creditors would receive a benefit. The Trustee believes he should proceed with the sale since there is a willing buyer but believes additional notice of these circumstances needs to be given to all creditors.

## Jurisdiction and Venue

2. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b). Venue is proper pursuant to 28 U.S.C. §§1408 & 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) & (N).

## Background

3. On June 25, 2007, the Debtor filed for protection under Chapter 7 of the United States Bankruptcy Code.

4. Rodney Tow was appointed Chapter 7 Trustee, qualified, and continues to act in that capacity.

5. The Debtor scheduled the following parcel of real estate on schedule A:

   Lot 15, Block 3, Brentwood #5 Addition, City of College Station, County of Brazos, Texas more commonly known as 2301 Colgate Circle. (hereinafter the Colgate property).

6. The Debtor initially claimed a homestead exemption on the this property and the Trustee objected. An agreed order disallowing this exemption was signed by this court on October 10, 2007.

7. The Trustee has filed and this court has granted an Application to Employ Laura Patterson of Lone Star Realty as the real estate agent for the Estate. Ms. Patterson has

obtained various offers on this property including the offer which is the subject of this motion.

8. Worlds Savings holds a mortgage against this property and is owed approximately $65,000.00.

9. The claims bar date ran on December 5, 2007. There are currently $106,388.70 in unsecured claims. The Trustee has done only a preliminary review of the claims docket but anticipates that some objections to claims will be warranted.

10. The Trustee initially anticipated that this sale would provide a substantial payout to unsecured creditors based on the sales price and estimated mortgage payoff.

11. Since filing and obtaining approval for his original motion, it has come to the Trustee's attention that several abstracts of judgment have been filed against this property. The Trustee is in the process of working with the title company to review these abstracts to determine their validity and priority.

12. It appears unlikely that there will be any net equity for unsecured creditors once these secured creditors are satisfied. However the Trustee wishes to proceed with the sale as it is still the most effective means to yield the highest payout out for the greatest number of creditors.

13. The Trustee proposes to close on the sale under the original terms, pay the first mortgage and then take the proceeds into the estate.

14. The Trustee will then retain the remaining proceeds for administration to secured creditors on a priority basis once the abstracts have been fully examined.

15. Mr. Gustavo Roman and Ms. Maria Roman were previously approved as buyers by this court. Mr. and Mrs. Roman still wish to purchase the property under the original terms. The Roman offer is for cash and not dependent on third party financing. The earnest money contracts is attached as exhibits A.

**WHEREFORE, PREMISES CONSIDERED**, Rodney Tow, Trustee, moves this Court to grant this Amended Motion to Sell Property Free and Clear of All Liens, Claims and Encumbrances and for such other and further relief that he may be justly entitled.

Respectfully submitted this 13th day of February, 2008.

        **TOW & KOENIG, PLLC.**

By: */s/Judy Torrance*
    Judy Torrance
    SBA# 24028294
    26219 Oak Ridge Drive
    The Woodlands, Texas 77380
    281/681-9100 (Telephone)
    281/681-1441 (Telecopier)

Attorney for the Trustee

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon the parties below and all of the parties on the attached service list via electronic or first class U.S. mail unless otherwise indicated, proper postage affixed on this the 13th day of February, 2008.

Joe Gattis, PE '94
Brazos County A&M Club
PO Box 4
College Station, Texas 77841

Gustavo and Johanna Roman
13533 Alacia Ct.
College Station, Texas 77485

Christopher Mathew Michael Colbert
12218 Jones Rd Ste D 153
Houston, TX 77070

Office of the US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

**Parties with abstracts filed against the subject property:**

World Savings

Central Processing Center

PO Box 659548

San Antonio, Texas


SW Bell Yellow Pages, Inc. c/o

Watkins & Watkins

24 Greenway Plaza #1210

Houston, TX 77046


Kelly Pesterfield

PO Box 10174

Knoxville, TN 37919

C-Bar Enterprises
c/o Jeff Burns
Youngkin & Associates
PO Box 4806
Bryan, Texas 77805

The State of Texas
Office of the Attorney General

PO Box 12548
Austin, TX 78711-2548

Jack Colbert
2850 CR 326
Rockdale, Texas 76567

Nova Information Systems, Inc. c/o
Hull & Associates, P.C.
6200 Savoy Suite 440
Houston, TX 77036

Berstein-Rein Advertising, Inc. c/o
Schlanger Mills Mayer
P.O. Box 570548
Houston, TX 77257

Victory Packaging Corp. c/o
Abby Golman
Akin Gump Strauss Hauer & Field, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

Prescott Shields
Address not listed on the abstract.

                                                       */s/Judy Torrance*
                                                       Judy Torrance

```
Label Matrix for local noticing          4                                        3s Relo Trans Llc
0541-4                                   United States Bankruptcy Court           C/o Josh Benn
Case 07-34178                            PO Box 61288                             1021 University Dr E # 102
Southern District of Texas               Houston, TX 77208-1288                   college station, TX 77840-2185
Houston
Sun Sep  2 10:09:48 CDT 2007

Allen R Hodgkins Iii                     Apex Title                               Apollo Answering service
C/o Kenneth R Williams                   4996 Highway 6 North                     Po Box 70919
405 S Ferdinand St                       Houston, TX 77084-6905                   Houston, TX 77270-0919
Baton Rouge, LA 70802


At&t Wireless                            Atmos Energy                             Attorney Jack Dillard
Po ox 8229                               Po Box 78108                             Po BOX192
Aurora, IL 60572-8229                    Phoenix, AZ 85062-8108                   Bryan, TX 77806-0192


Best Publications                        Brian/ Deann Cameron                     Bryan Texas Utilities
2616 South Loop West # 300               901 winged Foot Dr                       Po Box 1000
Houston, TX 77054-2672                   college station, TX 77845-4450           Bryan, TX 77805-1000


Budget Truck Rental                      C Bar Enterprises                        C Bar Enterprises
PO Box 403962                            11683 Fm 2549                            2909 West Highway 21
Atlanta, GA 30384-3962                   Bryan, TX 77808-3999                     Bryan, TX 77803-1238


Charles Lee                              Chase Bank                               Citicapital commercial Corp
1423 North woodland Avenue               41915 Independence                       4650 Regent Blvd
Tucson, Az 85712-4142                    Tampa, FL 33634                          Ste 200
                                                                                  Irving, TX 75063-2481


Collectx Inc                             College station utilities                Cox Communications
2101 west Ben white Blvd                 utilities Dept                           Po Box 139004
Austin, TX 78704-7516                    Po Box 10230                             Tyler, TX 75713-9004
                                         College Station, TX 77842-0230


David & Thuy Flosser                     EMC Mortgage                             Easton Press
8910 Six Rivers Lane                     Po Box 141358                            c/o universal Fidelity Lp
Missouri City, TX 77459-6923             909 Hidden Ridge Dr # 200                Po Box 941911
                                         Irving, TX 75038-3826                    Houston, TX 77094-8911


Enterprise Truck Rental                  Excel Landscaping                        First American Bank
12230 old Hempstead Rd.                  739 Garden Acres Blvd                    701 Harvey Rd
Houston, TX. 77092                       Bryan, TX 77802-4006                     college Station, TX 77840-3546


First Premier Bank                       First credit services, Inc               Gas Tec
Po Box 5147                              one woodbridge center Ste 410            1522 S Texas Ave
Sioux Falls, SD 57117-5147               woodbridge, N7   07095-1151              Bryan, TX 77802-1015
```

| | | |
|---|---|---|
| Geico Insurance<br>Geico Plaza<br>Bethesda, MD 20810-0001 | George M Cotton<br>435 Louisiana Ave<br>Baton Rouge, LA 70802-5820 | Gexa Energy<br>Po Box 659410<br>San Antonio, Tx 78265-9410 |
| Golds Gym<br>125 E John carpenter Frwy<br># 1300<br>Irving, TX 75062-2366 | Harris county steel & Plumbing<br>Po Box 218312<br>Houston, TX 77218-8312 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jana L Foreman<br>707 S Texas Ave Ste D 203<br>college station, Tx 77840-1975 | Jay GOSS<br>4343 Carter Creek Pkwy # 100<br>Bryan, TX 77802-4455 | Juliet Thompson<br>C/o Kenneth R Williams<br>405 S Ferdinand St<br>Baton Rouge, LA 70802 |
| Kco Enterprises Dba Mr check c<br>6176 N Hwy 6<br>Houston, TX 77084-1304 | Kelly Pesterfield<br>C/o Josh Benn<br>1021 University Drive East 102<br>College station, TX 77840-2185 | Lisa white Watkins<br>24 Greenway Plaza #1210<br>Houston, TX 77046-2486 |
| Melissa Hage<br>2199 Columbia Drive<br>Auburn, AL 36830-4277 | Midland Credit management<br>5775 Roscoe Court<br>San Diego, CA 92123-1356 | Modern method Gunite<br>3334 Brownie Campbell Road<br>houston, TX 77086-1508 |
| NCO Financial Systems<br>Po Box 15740<br>willmington, DE 19850-5740 | National Auto Finance<br>PO Box 7100<br>Little Rock, AR 72223-7100 | National van Lines<br>2800 Roosevelt Rd<br>Broadview, IL 60155-3771 |
| Nationwide Insurance<br>world Headquarters<br>one Nationwide Plaza<br>Columbus, OH. 43215-2220 | Netspend Corporation<br>Po Box 2136<br>Austin, Tx 78768-2136 | Nga Group, Inc.<br>20 Timber Ridge Road<br>North Brunswick, NJ 08902-5515 |
| Nova information systems Inc<br>C/o Hull & Associates Pc<br>6200 Savoy Ste 440<br>Houston, TX 77036-3324 | Paymentech merchant services<br>6010 Balcones Drive<br>First Floor<br>Austin, TX 78731-4270 | Payne, Watson, Miller, Maliche<br>Po Box 6900<br>Bryan, TX 77805-6900 |
| Pebble creek owners ASSo<br>4500 Pebble Creek Parkway<br>college station, TX 77845-8942 | Penske Truck Leasing Co. Llp<br>Po Box 7429<br>Pasadena, CA 91109-7429 | PhU Do<br>1818 Cross Spring Drive<br>sugar Land, TX 77479-6968 |
| Providian<br>Po Box 660548<br>Dallas, TX 75266-0548 | Retail Merchant Association<br>902 Avenue J<br>Lubbock, TX 79401-2719 | Robin Eby<br>3415 serene Grove<br>San Antonio, TX 78247-2948 |

| | | |
|---|---|---|
| Sherman Acquisitions Llc<br>Portfolio Recovery Associates<br>Po Box 12914<br>Norfolk, VA 23541-0914 | Solomon & Solomon<br>GTE Southwest<br>Columbia circle<br>Box 15019<br>Albany, NY. 12212-5019 | Spiegel<br>Po Box 9204 old<br>Bethpage, NY 11804-9004 |
| Trailer Rents<br>8222 North Freeway<br>Houston, TX 77037-3608 | Tx Dot<br>125 E 11th st<br>Austin, TX 78701-2409 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Uhaul International<br>C/o NCO Financial systems<br>Po Box 15740<br>Wilmington, DE 19850-5740 | Usaa<br>9800 Fredricksburg Rd<br>San Antonio, TX 78288-0002 | Usaa Auto & Property Insurance<br>Po Box 659464<br>San Antonio, TX 78265-9464 |
| Verizon<br>1135 E Chocolate Ave<br>Hershey, PA 17033-1292 | Yellow Book usa<br>6300 C Street sw<br>cedar Rapids, IA 52404-7470 | capital one Bank<br>Deposit Recovery Dept.<br>P0 Box 152409<br>Irving, TX 75015-2409 |
| consolidated communications<br>Po Box 660035<br>Dallas, TX 75266-0035 | credit Protections<br>1355 Noel Road suite 2100<br>Dallas, TX 75240 | southwestern Bell Yellow Pages<br>C/o Watkins & Watkins<br>24 Greenway Plaza #1210<br>Houston, TX 77046-2486 |
| southwestern Bell Yellow Pages<br>Po Box 630052<br>Dallas, TX 75263-0052 | sudden Link communication<br>PO Box 9037<br>Addison, TX. 75001-9037 | universal Fidelity LP<br>Attn John Jackson<br>Po Box 941911<br>Houston, TX 77094-8911 |
| wells Fargo Bank<br>3000 Briarcrest Drive<br>Bryan, TX 77802-3054 | wells Fargo Banking services<br>Po Box 14415<br>Des Moines, IA 50306-3415 | world savings<br>4101 Wiseman Blvd<br>San Antonio, TX 78251-4201 |
| Christopher Mathew Michael Colbert<br>12218 Jones Rd Ste D 153<br>Houston, TX 77070-5267 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 | d/b/a Mr. Payroll C-Bar Enterprises, Inc.<br>11683 FM 2549<br>Bryan, TX 77808-3999 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Irs<br>Po Box 24017<br>Fresno, CA 93779 | (d)Irs<br>Po Box 24017<br>Fresno, CA 93799 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Austin<br>Last name unknown | (d)Providian<br>Po Box 660548<br>Dallas, Tx 75266-0548 | End of Label Matrix<br>Mailable recipients    83<br>Bypassed recipients    2<br>Total                  85 |