IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/21/2008

| | | |
|---|---|---|
| IN RE: | § | |
| CHRISTOPHER MATTHEW | § | CASE NO. 07-34178-H3-7 |
| MICHAEL COLBERT, | § | (CHAPTER 7) |
| DEBTOR | § | |
| | § | |

## Order Approving Sale
## Free and Clear of All Liens,
## Claims, and Encumbrances

The Trustee's Amended Motion to Sell Property Free and Clear of All Liens, Claims and Encumbrances came before this Court. No objections were filed to the motion. The Court has determined that the Motion should be granted

It is therefore Ordered that:

1. Rodney Tow, Trustee for the Estate of Christopher Matthew Michael Colbert is authorized to sell the property to Gustavo and Maria Roman for the amount of $108,000.00.

2. The property to be sold is described as Lot 15, Block 3, Brentwood #5 Addition, City of College Station, County of Brazos, Texas more commonly known as 2301 Colgate Circle.

3. The sales approved in this order shall be free and clear of all liens, claims and encumbrances, *except that World Savings the first lien deed of trust holder shall be paid in full at closing.*

4. Any liens on the property shall attach to the proceeds of the sale

5. The Trustee is authorized to pay closing costs at closing

6.  The Trustee is authorized to sign all documents necessary to complete the sale.

SIGNED this 21 day of Feb, 2008.

The Honorable Letitia Z. Clark
UNITED STATES BANKRUPTCY JUDGE