

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/10/2013

| | | |
|---|---|---|
| IN RE: | § | Case No. 06-32827 |
| JUAN CRUZVILLARREAL, ERENDIRA | § | Chapter 13 |
| CRUZVILLARREAL, | § | |
|    Debtor(s). | § | Judge Isgur |

## ORDER DENYING RELEASE OF FUNDS

    Erendira Tamez, formerly Erendira Crizvillareeal, seeks one-half of the unclaimed funds on deposit.  In support of her claim, she attached a copy of a divorce decree.  The Court is unable to locate any provision in the divorce decree that awards her one-half of these funds.  The motion is denied.

    SIGNED **January 10, 2013.**

                                   Marvin Isgur
                   UNITED STATES BANKRUPTCY JUDGE