IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER M. COLBERT | § | CASE NO. 07-34178-H3-7 |
| Debtor | § | (Chapter 7) |
| | § | |

## Trustee's Motion to Void Judgment Lien of
## C-Bar Enterprises, Inc. D/B/A Mr. Payroll Bryan/College Station

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee, files this Motion to Void Judgment Lien of C-Bar Enterprises, Inc. D/B/A Mr. Payroll Bryan/College Station, and in support thereof would show this Court as follows:

### History and Background

1. On June 25, 2007, the Debtor filed a Voluntary Petition under Chapter 7 of Title 11 of the United States Code.

2. Rodney Tow was appointed Trustee, qualified, and continues to act in that capacity.

3. On September 2, 2007, the Trustee filed an Objection to the Debtor's Exemptions [Docket No. 25]. The Debtor was attempting to exempt as his homestead property located at 2301 Colgate Circle, College Station, Texas, "the Colgate Property"). The Debtor admitted that he had not lived in the property for the past 6 years and that his father was using the property as rental property. Further, the Debtor had not claimed the Colgate Property as exempt in three prior bankruptcies.

4. On October 10, 2007, this Court entered an Agreed Order Resolving Trustee's Objection to Exemption, [Docket No. 42], whereby the Debtor agreed that the Colgate Property was not his homestead and was property of the Estate.

5. On November 21, 2007, the Trustee filed a Motion to Sell the Colgate Property Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 59].

6. On January 16, 2008, this Court entered an Order Approving Sale Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 68]. The Order approved the sale of the Colgate Property to Gustavo and Maria Roman for $108,000.00.

7. Prior to the closing the title report revealed that there were several lis pendens and/or judgment liens against the Colgate Property, none of which the Debtor had listed on his Schedules or Statement of Financial Affairs.

8. On February 13, 2008, the Trustee filed an Amended Motion to Sell Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 70], to obtain Court permission to complete the sale as there would not be any return to unsecured creditors due to the liens against the property.

9. On February 21, 2008, this Court entered a second Order Approving Sale Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 76], under the same terms and conditions as the prior Order.

10. The sale ultimately closed, the Trustee paid the mortgage holder and placed the remainder of the funds into the Estate.

## Motion to Void Lien

11. On March 28, 2003, C-Bar Enterprises, Inc. D/B/A Mr. Payroll Bryan/College Station filed an Abstract of Judgment in Brazos County, Texas, in the judgment amount of $2,022.44, attorney's fees in the amount of $1750, costs in the amount of $192 and prejudgment interest in the amount of $145.09 against the Debtor and for a judgment amount of $4,000 and prejudgment interest in the amount of $242.61 against Kelly Colbert and the Debtor., ("the C-Bar Abstract").  A true and correct copy of the C-Bar Abstract is attached hereto as Exhibit "A".

12. Under Texas law, the mere rendition of a judgment does not automatically create a lien in favor of the prevailing party.[1]  Rather, in order to acquire a judgment lien on real property owned by the judgment debtor, the judgment creditor must obtain an abstract of judgment complying with the statutory mechanisms provided under Tex. Prop. Code Ann. §52.001 - 52.043 (Vernon 1995 and Supp. 2005).

13. Pursuant to Section 52.003(a) of the Texas Property Code, an abstract of judgment must contain the following:

    (1) the names of the plaintiff and defendant;
    (2) the birthdate of the defendant, if available to the clerk or justice;

---

[1] *Burton Lingo Co. v. Warren*, 45 S.W.2d 750, 751-752 (Tex. Civ. App. – Eastland 1931, writ ref'd).

      (3)      the last three numbers of the driver's license of the defendant, if available;
      (4)      the last three numbers of the social security number of the defendant, if available;
      (5)      the number of the suit in which the judgment was rendered;
      (6)      the defendant's address, or if the address is not shown in the suit, the nature of citation and the date and place of service of citation;
      (7)      the date on which the judgment was rendered;
      (8)      the amount for which the judgment was rendered;
      (9)      the amount of the balance due, if any, for child support arrearage; and,
     (10)     the rate of interest specified in the judgment.[2]

14. In addition, a judgment creditor must ensure that the clerk has properly recorded the abstract in the county real property records.[3]

15. Because a judgment lien is created by statute, substantial compliance with the statutory requirements is mandatory before a judgment creditor's lien will attach. It is well settled in Texas that it is the judgment creditor's responsibility to assure that the Clerk abstracts the judgment properly. Since a judgment lien is staturorily created, substantial compliance with the statutory requirement is *mandatory* before a judgment creditor's lien will attach.[4] The purpose of the recorded and indexed abstract of judgment is to provide notice to subsequent purchasers of the existence of the judgment and the lien   When properly recorded and indexed, an abstract of judgment creates a judgment lien that is superior to the rights of subsequent purchasers and lienholders.[5]

16. In the instant case, the C-Bar Abstract is deficient for the following reasons:

---

[2] Texas Property Code Annotated Section 52.003(a) (Vernon 1995).

[3] Tex.Prop.Code Ann. §52.004 (Vernon Supp. 2005)

[4] *In re Herman,*, 315 B.R. 399, 407 (E.D.Tex. 2004), citing *Citicorp Real Estate v. Banque of Arabe Internationale d'Investissement*, 747 S.W.2d 926, 928 - 930 (Tex. App. – Dallas 1988 writ denied); *Hoffman, McBryde & Co, P.C. v. Heyland*, 74 S.W.3d 906, 909 (Tex. App. – Dallas 2002) *appeal after remand*, 2004 WL 1626543 (Tex. App. – Dallas 2004, no pet.)

[5] *Id.*

a. It fails to set forth the birthdate of the defendant or state that it is not available as required under Tex. Prop. Code Ann. §52.003(a)(2). Although the abstract has a place for the birthdate it is left blank on the C-Bar Abstract.

b. It fails to set forth the last three numbers of the driver's license of the defendant or state that it is not available as required under Tex. Prop. Code Ann. §52.003(a)(3). Although the abstract has a place for the birthdate it is left blank on the C-Bar Abstract.

c. It fails to set forth the last three numbers of the social security number of the defendant or state that it is not available as required under Tex. Prop.Code Ann. §52.003(a)(4).; and,

d. It fails to set forth the amount of the balance due, if any, for child support arrearage as required under Tex. Prop.Code Ann. §52.003(a)(9).

17. Therefore, this Court should void the C-Bar Abstract and the lien created therein for its failure to comply with the provisions of §52.003(a)(2), (3), (4) & (9) of the Texas Property Code.

18. C-Bar Enterprises, Inc. should only be allowed an unsecured claim in this Estate in the amount of $8,352.14.

19. The Trustee would submit that the C-Bar abstract of judgment is void it fails to provide the information required under §52.003(a)(2), (3), (4) & (9).

Respectfully submitted this 12th day of November, 2008.

**TOW & KOENIG, PLLC.**

By: _/s/ Julie M. Koenig_
Julie M. Koenig
SBA# 14217300
26219 Oak Ridge Drive
The Woodlands, Texas 77380
281/681-9100 (Telephone)
832/482-3979 (Telecopier)
jkoenig@towkoenig.com

Attorneys for the Trustee

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties listed below and on the attached service list either by ECF notification or by first class mail, proper postage affixed, on the 12th day of November, 2008.

_/s/ Julie M. Koenig_
Julie M. Koenig

Jack W. Dillard
Bryan, Stacy & Dillard, LLP
P.O. Box 192
Bryan, Texas 77806

```
Label Matrix for local noticing          C-Bar Enterprises, Inc.                   United States Bankruptcy Court
0541-4                                    11683 FM 2549                             PO Box 61288
Case 07-34178                             Bryan, TX 77808-3999                      Houston, TX 77208-1288
Southern District of Texas
Houston
Thu Nov 13 12:15:29 CST 2008

3s Relo Trans Llc                         Allen R Hodgkins Iii                      Amanda Colbert
C/o Josh Benn                             C/o Kenneth R Williams                    2408 Shelby Oak Ln
1021 University Dr E # 102                405 S Ferdinand St                        Austin, TX 78748-5236
college station, TX 77840-2185            Baton Rouge, LA 70802


Apex Title                                Apollo Answering service                  At&t Wireless
4996 Highway 6 North                      Po Box 70919                              Po ox 8229
Houston, TX 77084-6905                    Houston, TX 77270-0919                    Aurora, IL 60572-8229


Atmos Energy                              Atmos Energy                              Attorney Jack Dillard
PO Box 650205                             Po Box 78108                              Po BOX192
Dallas, TX  75265-0205                    Phoenix, AZ 85062-8108                    Bryan, TX 77806-0192


Best Publications                         Brian - Deanna Cameron                    Bryan Texas Utilities
2616 South Loop West # 300                1511 S. Texas Ave.  #219                  Po Box 1000
Houston, TX 77054-2672                    College Station, TX 77840                 Bryan, TX 77805-1000


Budget Truck Rental                       C Bar Enterprises                         Charles Lee
PO Box 403962                             2909 West Highway 21                      1423 North woodland Avenue
Atlanta, GA 30384-3962                    Bryan, TX 77803-1238                      Tucson, Az 85712-4142


Chase Bank                                Citicapital commercial Corp               Collectx Inc
41915 Independence                        4650 Regent Blvd                          2101 west Ben white Blvd
Tampa, FL 33634                           Ste 200                                   Austin, TX 78704-7516
                                          Irving, TX 75063-2481


College station utilities                 Cox Communications                        David & Thuy Flosser
utilities Dept                            Po Box 139004                             8910 Six Rivers Lane
Po Box 10230                              Tyler, TX 75713-9004                      Missouri City, TX 77459-6923
College Station, TX 77842-0230


EMC Mortgage                              Easton Press                              Enterprise Truck Rental
Po Box 141358                             c/o universal Fidelity Lp                 12230 old Hempstead Rd.
909 Hidden Ridge Dr # 200                 Po Box 941911                             Houston, TX. 77092
Irving, TX 75038-3826                     Houston, TX 77094-8911


Excel Landscaping                         First American Bank                       First Premier Bank
739 Garden Acres Blvd                     701 Harvey Rd                             Po Box 5147
Bryan, TX 77802-4006                      college Station, TX 77840-3546            Sioux Falls, SD 57117-5147
```

| | | |
|---|---|---|
| First credit services, Inc<br>one woodbridge center Ste 410<br>woodbridge, N7  07095-1151 | Gas Tec<br>1522 S Texas Ave<br>Bryan, TX 77802-1015 | Geico Insurance<br>Geico Plaza<br>Bethesda, MD 20810-0001 |
| George M Cotton<br>435 Louisiana Ave<br>Baton Rouge, LA 70802-5820 | Gexa Energy<br>Po Box 659410<br>San Antonio, Tx 78265-9410 | Golds Gym<br>125 E John carpenter Frwy<br># 1300<br>Irving, TX 75062-2366 |
| Harris County Steel & Plumbing, Inc.<br>P. O. Box 218312<br>Houston, TX 77218-8312 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JACK COLBERT<br>2850 CR 326<br>ROCKDALE TX  76567-4323 |
| Jana L Foreman<br>707 S Texas Ave Ste D 203<br>college station, Tx 77840-1975 | Jay GOSS<br>4343 Carter Creek Pkwy # 100<br>Bryan, TX 77802-4455 | Juliet Thompson<br>C/o Kenneth R Williams<br>405 S Ferdinand St<br>Baton Rouge, LA 70802 |
| Kco Enterprises Dba Mr check c<br>6176 N Hwy 6<br>Houston, TX 77084-1304 | Kelly Pesterfield<br>C/o Josh Benn<br>1021 University Drive East 102<br>College station, TX 77840-2185 | Kelly Pesterfield<br>PO Box 10174<br>Knoxville, TN 37939-0174 |
| LVNV Funding LLC its successors and assigns<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lisa white Watkins<br>24 Greenway Plaza #1210<br>Houston, TX 77046-2486 | Melissa Hage<br>2199 Columbia Drive<br>Auburn, AL 36830-4277 |
| Midland Credit management<br>5775 Roscoe Court<br>San Diego, CA 92123-1356 | Modern method Gunite<br>3334 Brownie Campbell Road<br>houston, TX 77086-1508 | NCO Financial Systems<br>Po Box 15740<br>willmington, DE 19850-5740 |
| National Auto Finance<br>PO Box 7100<br>Little Rock, AR 72223-7100 | National van Lines<br>2800 Roosevelt Rd<br>Broadview, IL 60155-3771 | Nationwide Insurance<br>world Headquarters<br>one Nationwide Plaza<br>Columbus, OH. 43215-2220 |
| Netspend Corporation<br>Po Box 2136<br>Austin, Tx 78768-2136 | Nga Group, Inc.<br>20 Timber Ridge Road<br>North Brunswick, NJ 08902-5515 | Nova information systems Inc<br>C/o Hull & Associates Pc<br>6200 Savoy Ste 440<br>Houston, TX 77036-3324 |
| Paymentech merchant services<br>6010 Balcones Drive<br>First Floor<br>Austin, TX 78731-4270 | Payne, Watson, Miller, Maliche<br>Po Box 6900<br>Bryan, TX 77805-6900 | Pebble creek owners ASSo<br>4500 Pebble Creek Parkway<br>college station, TX 77845-8942 |

Penske Truck Leasing Co. Llp
Po Box 7429
Pasadena, CA 91109-7429

Phu Do
1818 Cross Spring Drive
sugar Land, TX 77479-6968

Portfolio Recovery Associates, LLC.
PO Box 12914
NORFOLK VA 23541-0914

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Providian
Po Box 660548
Dallas, TX 75266-0548

Retail Merchant Association
902 Avenue J
Lubbock, TX 79401-2719

Robin Eby
3415 serene Grove
San Antonio, TX 78247-2948

Sherman Acquisitions Llc
Portfolio Recovery Associates
Po Box 12914
Norfolk, VA 23541-0914

Solomon & Solomon
GTE Southwest
Columbia circle
Box 15019
Albany, NY. 12212-5019

Spiegel
Po Box 9204 old
Bethpage, NY 11804-9004

Trailer Rents
8222 North Freeway
Houston, TX 77037-3608

Tx Dot
125 E 11th st
Austin, TX 78701-2409

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Uhaul International
C/o NCO Financial systems
Po Box 15740
Wilmington, DE 19850-5740

Usaa
9800 Fredricksburg Rd
San Antonio, TX 78288-0002

Usaa Auto & Property Insurance
Po Box 659464
San Antonio, TX 78265-9464

Verizon
1135 E Chocolate Ave
Hershey, PA 17033-1292

Verizon Southwest Inc
AFNI/Verizon
404 Brock Dr
Bloomington,IL 61701-2654

World Savings
Attn: Bankruptcy Dept.
P O Box 659558
San Antonio, TX 78265-9558

Yellow Book Pacific
c/o RMS Bankruptcy Recovery Services
P O Box 5126
Timonium, Maryland 21094-5126

capital one Bank
Deposit Recovery Dept.
P0 Box 152409
Irving, TX 75015-2409

consolidated communications
121 S 17th Street
Mattoon, IL 61938-3987

credit Protections
1355 Noel Road suite 2100
Dallas, TX 75240

southwestern Bell Yellow Pages
C/o Watkins & Watkins
24 Greenway Plaza #1210
Houston, TX 77046-2486

southwestern Bell Yellow Pages
Po Box 630052
Dallas, TX 75263-0052

sudden Link communication
PO Box 9037
Addison, TX. 75001-9037

universal Fidelity LP
Attn John Jackson
Po Box 941911
Houston, TX 77094-8911

wells Fargo Bank
3000 Briarcrest Drive
Bryan, TX 77802-3054

wells Fargo Banking services
Po Box 14415
Des Moines, IA 50306-3415

world savings
4101 Wiseman Blvd
San Antonio, TX 78251-4201

```
Christopher Mathew Michael Colbert        Judy Deneau Torrance              Rodney D Tow
12218 Jones Rd Ste D 153                  10077 Grogans Mill Road           Tow and Koenig PLLC
Houston, TX 77070-5267                    Suite 145                         26219 Oak Ridge Drive
                                          The Woodlands, TX 77380-1029      The Woodlands, TX 77380-1960


William G West CPA
12345 Jones Rd Ste 120
Houston, TX 77070-4958
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Irs                                       (d)Irs
Po Box 24017                              Po Box 24017
Fresno, CA 93779                          Fresno, CA 93799
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Mr. Payroll                            (u)Austin                         (d)C Bar Enterprises
                                          Last name unknown                 11683 Fm 2549
                                                                            Bryan, TX 77808-3999


(d)Harris county steel & Plumbing         (d)Providian                      (u)Laura Patterson
Po Box 218312                             Po Box 660548                     Lone Star Realty
Houston, TX 77218-8312                    Dallas, Tx 75266-0548
```

End of Label Matrix
Mailable recipients    93
Bypassed recipients     6
Total                  99