IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER M. COLBERT | § | CASE NO. 07-34178-H3-7 |
|     Debtor | § | (Chapter 7) |
| | § | |

## Trustee's Motion to Void Judgment Lien of Southwestern Bell Yellow Pages, Inc.

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee, files this Motion to Void Judgment Lien of Southwestern Bell Yellow Pages, Inc., and in support thereof would show this Court as follows:

### History and Background

1. On June 25, 2007, the Debtor filed a Voluntary Petition under Chapter 7 of Title 11 of the United States Code.

2. Rodney Tow was appointed Trustee, qualified, and continues to act in that capacity.

3. On September 2, 2007, the Trustee filed an Objection to the Debtor's Exemptions

[Docket No. 25]. The Debtor was attempting to exempt as his homestead property located at 2301 Colgate Circle, College Station, Texas, "the Colgate Property"). The Debtor admitted that he had not lived in the property for the past 6 years and that his father was using the property as rental property. Further, the Debtor had not claimed the Colgate Property as exempt in three prior bankruptcies.

4. On October 10, 2007, this Court entered an Agreed Order Resolving Trustee's Objection to Exemption, [Docket No. 42], whereby the Debtor agreed that the Colgate Property was not his homestead and was property of the Estate.

5. On November 21, 2007, the Trustee filed a Motion to Sell the Colgate Property Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 59].

6. On January 16, 2008, this Court entered an Order Approving Sale Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 68]. The Order approved the sale of the Colgate Property to Gustavo and Maria Roman for $108,000.00.

7. Prior to the closing the title report revealed that there were several lis pendens and/or judgment liens against the Colgate Property, none of which the Debtor had listed on his Schedules or Statement of Financial Affairs.

8. On February 13, 2008, the Trustee filed an Amended Motion to Sell Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 70], to obtain Court permission to complete the sale as there would not be any return to unsecured creditors due to the liens against the property.

9. On February 21, 2008, this Court entered a second Order Approving Sale Free and Clear of all Liens, Claims and Encumbrances, [Docket No. 76], under the same terms and

conditions as the prior Order.

10. The sale ultimately closed, the Trustee paid the mortgage holder and placed the remainder of the funds into the Estate.

## Motion to Void Lien

11. On January 11, 2001, Southwestern Bell Yellow Pages, Inc. filed an Abstract of Judgment in Brazos County, Texas, in the amount of $12,139.64, ("the Southwestern Bell Abstract"). A true and correct copy of the Southwestern Bell Abstract is attached hereto as Exhibit "A".

12. Under Texas law, the mere rendition of a judgment does not automatically create a lien in favor of the prevailing party.[1] Rather, in order to acquire a judgment lien on real property owned by the judgment debtor, the judgment creditor must obtain an abstract of judgment complying with the statutory mechanisms provided under Tex. Prop. Code Ann. §52.001 - 52.043 (Vernon 1995 and Supp. 2005).

13. Pursuant to Section 52.003(a) of the Texas Property Code, an abstract of judgment must contain the following:

    (1) the names of the plaintiff and defendant;
    (2) the birthdate of the defendant, if available to the clerk or justice;
    (3) the last three numbers of the driver's license of the defendant, if available;
    (4) the last three numbers of the social security number of the defendant, if available;
    (5) the number of the suit in which the judgment was rendered;
    (6) the defendant's address, or if the address is not shown in the suit, the nature of citation and the date and place of service of citation;
    (7) the date on which the judgment was rendered;
    (8) the amount for which the judgment was rendered;
    (9) the amount of the balance due, if any, for child support arrearage; and,

---

[1] *Burton Lingo Co. v. Warren*, 45 S.W.2d 750, 751-752 (Tex. Civ. App. – Eastland 1931, writ ref'd).

 (10) the rate of interest specified in the judgment.[2]

14. In addition, a judgment creditor must ensure that the clerk has properly recorded the abstract in the county real property records.[3]

15. Because a judgment lien is created by statute, substantial compliance with the statutory requirements is mandatory before a judgment creditor's lien will attach. It is well settled in Texas that it is the judgment creditor's responsibility to assure that the Clerk abstracts the judgment properly. Since a judgment lien is staturorily created, substantial compliance with the statutory requirement is *mandatory* before a judgment creditor's lien will attach.[4] The purpose of the recorded and indexed abstract of judgment is to provide notice to subsequent purchasers of the existence of the judgment and the lien When properly recorded and indexed, an abstract of judgment creates a judgment lien that is superior to the rights of subsequent purchasers and lienholders.[5]

16. In the instant case, the Southwestern Bell Abstract is deficient in that it fails to set forth the amount of the balance due, if any, for child support arrearage as required under Tex. Prop.Code Ann. §52.003(a)(9). Therefore, this Court should void the Southwestern Bell Abstract and the lien created therein for its failure to comply with the provisions of §52.003(a)(9) of the Texas Property Code.

---

[2] Texas Property Code Annotated Section 52.003(a) (Vernon 1995).

[3] Tex.Prop.Code Ann. §52.004 (Vernon Supp. 2005)

[4] *In re Herman,*, 315 B.R. 399, 407 (E.D.Tex. 2004), citing *Citicorp Real Estate v. Banque of Arabe Internationale d'Investissement*, 747 S.W.2d 926, 928 - 930 (Tex. App. – Dallas 1988 writ denied); *Hoffman, McBryde & Co, P.C. v. Heyland*, 74 S.W.3d 906, 909 (Tex. App. – Dallas 2002) *appeal after remand*, 2004 WL 1626543 (Tex. App. – Dallas 2004, no pet.)

[5] *Id.*

17. Southwestern Bell Yellow Pages, Inc. should only be allowed an unsecured claim in this Estate in the amount of $12,139.64.

18. The Trustee would submit that the Southwestern Bell abstract of judgment is void as it fails to provide the information required under §52.003(a)(9).

Respectfully submitted this 12th day of November, 2008.

**TOW & KOENIG, PLLC.**

By: ____/s/   Julie M. Koenig_____
     Julie M. Koenig
     SBA# 14217300
     26219 Oak Ridge Drive
     The Woodlands, Texas 77380
     281/681-9100 (Telephone)
     832/482-3979 (Telecopier)
     jkoenig@towkoenig.com

Attorneys for the Trustee

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties listed below and on the attached service list either by ECF notification or by first class mail, proper postage affixed, on the 12th day of November, 2008.

_____/s/   Julie M. Koenig_____
Julie M. Koenig

Watkins & Watkins
24 Greenway Plaza #1210
Houston, Texas 77046

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 07-34178<br>Southern District of Texas<br>Houston<br>Thu Nov 13 12:15:29 CST 2008 | C-Bar Enterprises, Inc.<br>11683 FM 2549<br>Bryan, TX 77808-3999 | United States Bankruptcy Court<br>PO Box 61288<br>Houston, TX 77208-1288 |
| 3s Relo Trans Llc<br>C/o Josh Benn<br>1021 University Dr E # 102<br>college station, TX 77840-2185 | Allen R Hodgkins Iii<br>C/o Kenneth R Williams<br>405 S Ferdinand St<br>Baton Rouge, LA 70802 | Amanda Colbert<br>2408 Shelby Oak Ln<br>Austin, TX 78748-5236 |
| Apex Title<br>4996 Highway 6 North<br>Houston, TX 77084-6905 | Apollo Answering service<br>Po Box 70919<br>Houston, TX 77270-0919 | At&t Wireless<br>Po ox 8229<br>Aurora, IL 60572-8229 |
| Atmos Energy<br>PO Box 650205<br>Dallas, TX  75265-0205 | Atmos Energy<br>Po Box 78108<br>Phoenix, AZ 85062-8108 | Attorney Jack Dillard<br>Po BOX192<br>Bryan, TX 77806-0192 |
| Best Publications<br>2616 South Loop West # 300<br>Houston, TX 77054-2672 | Brian - Deanna Cameron<br>1511 S. Texas Ave.  #219<br>College Station, TX 77840 | Bryan Texas Utilities<br>Po Box 1000<br>Bryan, TX 77805-1000 |
| Budget Truck Rental<br>PO Box 403962<br>Atlanta, GA 30384-3962 | C Bar Enterprises<br>2909 West Highway 21<br>Bryan, TX 77803-1238 | Charles Lee<br>1423 North woodland Avenue<br>Tucson, Az 85712-4142 |
| Chase Bank<br>41915 Independence<br>Tampa, FL 33634 | Citicapital commercial Corp<br>4650 Regent Blvd<br>Ste 200<br>Irving, TX 75063-2481 | Collectx Inc<br>2101 west Ben white Blvd<br>Austin, TX 78704-7516 |
| College station utilities<br>utilities Dept<br>Po Box 10230<br>College Station, TX 77842-0230 | Cox Communications<br>Po Box 139004<br>Tyler, TX 75713-9004 | David & Thuy Flosser<br>8910 Six Rivers Lane<br>Missouri City, TX 77459-6923 |
| EMC Mortgage<br>Po Box 141358<br>909 Hidden Ridge Dr # 200<br>Irving, TX 75038-3826 | Easton Press<br>c/o universal Fidelity Lp<br>Po Box 941911<br>Houston, TX 77094-8911 | Enterprise Truck Rental<br>12230 old Hempstead Rd.<br>Houston, TX. 77092 |
| Excel Landscaping<br>739 Garden Acres Blvd<br>Bryan, TX 77802-4006 | First American Bank<br>701 Harvey Rd<br>college Station, TX 77840-3546 | First Premier Bank<br>Po Box 5147<br>Sioux Falls, SD 57117-5147 |

| | | |
|---|---|---|
| First credit services, Inc<br>one woodbridge center Ste 410<br>woodbridge, N7  07095-1151 | Gas Tec<br>1522 S Texas Ave<br>Bryan, TX 77802-1015 | Geico Insurance<br>Geico Plaza<br>Bethesda, MD 20810-0001 |
| George M Cotton<br>435 Louisiana Ave<br>Baton Rouge, LA 70802-5820 | Gexa Energy<br>Po Box 659410<br>San Antonio, Tx 78265-9410 | Golds Gym<br>125 E John carpenter Frwy<br># 1300<br>Irving, TX 75062-2366 |
| Harris County Steel & Plumbing, Inc.<br>P. O. Box 218312<br>Houston, TX 77218-8312 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JACK COLBERT<br>2850 CR 326<br>ROCKDALE TX  76567-4323 |
| Jana L Foreman<br>707 S Texas Ave Ste D 203<br>college station, Tx 77840-1975 | Jay GOSS<br>4343 Carter Creek Pkwy # 100<br>Bryan, TX 77802-4455 | Juliet Thompson<br>C/o Kenneth R Williams<br>405 S Ferdinand St<br>Baton Rouge, LA 70802 |
| Kco Enterprises Dba Mr check c<br>6176 N Hwy 6<br>Houston, TX 77084-1304 | Kelly Pesterfield<br>C/o Josh Benn<br>1021 University Drive East 102<br>College station, TX 77840-2185 | Kelly Pesterfield<br>PO Box 10174<br>Knoxville, TN 37939-0174 |
| LVNV Funding LLC its successors and assigns<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lisa white Watkins<br>24 Greenway Plaza #1210<br>Houston, TX 77046-2486 | Melissa Hage<br>2199 Columbia Drive<br>Auburn, AL 36830-4277 |
| Midland Credit management<br>5775 Roscoe Court<br>San Diego, CA 92123-1356 | Modern method Gunite<br>3334 Brownie Campbell Road<br>houston, TX 77086-1508 | NCO Financial Systems<br>Po Box 15740<br>willmington, DE 19850-5740 |
| National Auto Finance<br>PO Box 7100<br>Little Rock, AR 72223-7100 | National van Lines<br>2800 Roosevelt Rd<br>Broadview, IL 60155-3771 | Nationwide Insurance<br>world Headquarters<br>one Nationwide Plaza<br>Columbus, OH. 43215-2220 |
| Netspend Corporation<br>Po Box 2136<br>Austin, Tx 78768-2136 | Nga Group, Inc.<br>20 Timber Ridge Road<br>North Brunswick, NJ 08902-5515 | Nova information systems Inc<br>C/o Hull & Associates Pc<br>6200 Savoy Ste 440<br>Houston, TX 77036-3324 |
| Paymentech merchant services<br>6010 Balcones Drive<br>First Floor<br>Austin, TX 78731-4270 | Payne, Watson, Miller, Maliche<br>Po Box 6900<br>Bryan, TX 77805-6900 | Pebble creek owners ASSo<br>4500 Pebble Creek Parkway<br>college station, TX 77845-8942 |

| | | |
|---|---|---|
| Penske Truck Leasing Co. Llp<br>Po Box 7429<br>Pasadena, CA 91109-7429 | Phu Do<br>1818 Cross Spring Drive<br>sugar Land, TX 77479-6968 | Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541-0914 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Providian<br>Po Box 660548<br>Dallas, TX 75266-0548 | Retail Merchant Association<br>902 Avenue J<br>Lubbock, TX 79401-2719 |
| Robin Eby<br>3415 serene Grove<br>San Antonio, TX 78247-2948 | Sherman Acquisitions Llc<br>Portfolio Recovery Associates<br>Po Box 12914<br>Norfolk, VA 23541-0914 | Solomon & Solomon<br>GTE Southwest<br>Columbia circle<br>Box 15019<br>Albany, NY. 12212-5019 |
| Spiegel<br>Po Box 9204 old<br>Bethpage, NY 11804-9004 | Trailer Rents<br>8222 North Freeway<br>Houston, TX 77037-3608 | Tx Dot<br>125 E 11th st<br>Austin, TX 78701-2409 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uhaul International<br>C/o NCO Financial systems<br>Po Box 15740<br>Wilmington, DE 19850-5740 | Usaa<br>9800 Fredricksburg Rd<br>San Antonio, TX 78288-0002 |
| Usaa Auto & Property Insurance<br>Po Box 659464<br>San Antonio, TX 78265-9464 | Verizon<br>1135 E Chocolate Ave<br>Hershey, PA 17033-1292 | Verizon Southwest Inc<br>AFNI/Verizon<br>404 Brock Dr<br>Bloomington,IL 61701-2654 |
| World Savings<br>Attn: Bankruptcy Dept.<br>P O Box 659558<br>San Antonio, TX 78265-9558 | Yellow Book Pacific<br>c/o RMS Bankruptcy Recovery Services<br>P O Box 5126<br>Timonium, Maryland 21094-5126 | capital one Bank<br>Deposit Recovery Dept.<br>P0 Box 152409<br>Irving, TX 75015-2409 |
| consolidated communications<br>121 S 17th Street<br>Mattoon, IL 61938-3987 | credit Protections<br>1355 Noel Road suite 2100<br>Dallas, TX 75240 | southwestern Bell Yellow Pages<br>C/o Watkins & Watkins<br>24 Greenway Plaza #1210<br>Houston, TX 77046-2486 |
| southwestern Bell Yellow Pages<br>Po Box 630052<br>Dallas, TX 75263-0052 | sudden Link communication<br>PO Box 9037<br>Addison, TX. 75001-9037 | universal Fidelity LP<br>Attn John Jackson<br>Po Box 941911<br>Houston, TX 77094-8911 |
| wells Fargo Bank<br>3000 Briarcrest Drive<br>Bryan, TX 77802-3054 | wells Fargo Banking services<br>Po Box 14415<br>Des Moines, IA 50306-3415 | world savings<br>4101 Wiseman Blvd<br>San Antonio, TX 78251-4201 |

| | | |
|---|---|---|
| Christopher Mathew Michael Colbert<br>12218 Jones Rd Ste D 153<br>Houston, TX 77070-5267 | Judy Deneau Torrance<br>10077 Grogans Mill Road<br>Suite 145<br>The Woodlands, TX 77380-1029 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 |

William G West CPA
12345 Jones Rd Ste 120
Houston, TX 77070-4958

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Irs<br>Po Box 24017<br>Fresno, CA 93779 | (d)Irs<br>Po Box 24017<br>Fresno, CA 93799 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Mr. Payroll | (u)Austin<br>Last name unknown | (d)C Bar Enterprises<br>11683 Fm 2549<br>Bryan, TX 77808-3999 |
| (d)Harris county steel & Plumbing<br>Po Box 218312<br>Houston, TX 77218-8312 | (d)Providian<br>Po Box 660548<br>Dallas, Tx 75266-0548 | (u)Laura Patterson<br>Lone Star Realty |

End of Label Matrix
Mailable recipients    93
Bypassed recipients     6
Total                  99