IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/12/2008

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER M. COLBERT | § | CASE NO. 07-34178-H3-7 |
| Debtor | § | (Chapter 7) |
| | § | |

## Order Voiding Judgment Lien of Victory Packaging Corp.

Came on for consideration the Trustee's Motion to Void Judgment Lien of Victory Packaging, Inc.. The Court has considered the Motion and has determined that the relief sought therein should be granted. It is therefore,

**Ordered** that the judgment lien abstracted by Victory Packaging Corp is hereby **Void** as to this Bankruptcy Estate as it is not against the Debtor; it is further,

**Ordered** that the judgment lien abstracted by Victory Packaging Corp is hereby **Void** as it fails to comply with the requirements under the Texas Property Code §52.003(a)(4) & (9);

**Signed** this ____ day of _____ DEC 1 1 2008 _____, 2008.

_____
LETITIA Z. CLARK,
UNITED STATES BANKRUPTCY JUDGE