IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/12/2008

| | | |
|---|---|---|
| IN RE: | § § | |
| CHRISTOPHER M. COLBERT | § § | CASE NO. 07-34178-H3-7 |
| Debtor | § § | (Chapter 7) |

## Order Voiding Judgment Lien of Shields Prescott

Came on for consideration the Trustee's Motion to Void Judgment Lien of Shields Prescott. The Court has considered the Motion and has determined that the relief sought therein should be granted. It is therefore,

**Ordered** that the judgment lien abstracted by Shields Prescott is hereby **Void** as it fails to comply with the requirements under the Texas Property Code §52.003(a)(4) & (9); it is further,

**Ordered** that Shields Prescott shall have an unsecured claim in this Estate in the amount of $2,489.00.

DEC 1 1 2008

**Signed** this ____ day of _____, 2008.

_____
**LETITIA Z. CLARK,**
**UNITED STATES BANKRUPTCY JUDGE**