

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/12/2008

| | | |
|---|---|---|
| IN RE: | § § | |
| CHRISTOPHER M. COLBERT | § § | CASE NO. 07-34178-H3-7 |
| Debtor | § § | (Chapter 7) |

## Order Voiding Judgment Lien of Nova Information Systems, Inc.

Came on for consideration the Trustee's Motion to Void Judgment Lien of Nova Information Systems, Inc.. The Court has considered the Motion and has determined that the relief sought therein should be granted. It is therefore,

**Ordered** that the judgment lien abstracted by Nova Information Systems, Inc. is hereby **Void** as it fails to comply with the requirements under the Texas Property Code §52.003(a)(2), (3), (4) & (9); it is further,

**Ordered** that Nova Information Systems, Inc. shall have an unsecured claim in this Estate in the amount of $58,446.89.

**Signed** this ____ day of _____, 2008.

DEC 1 1 2008

_____
LETITIA Z. CLARK,
UNITED STATES BANKRUPTCY JUDGE