

**ENTERED**
**12/12/2008**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER M. COLBERT | § | CASE NO. 07-34178-H3-7 |
| Debtor | § | (Chapter 7) |
| | § | |

### Order Voiding Judgment Lien of Bernstein-Rein Advertising, Inc.

Came on for consideration the Trustee's Motion to Void Judgment Lien of Bernstein-Rein Advertising, Inc. The Court has considered the Motion and has determined that the relief sought therein should be granted. It is therefore,

**Ordered** that the judgment lien abstracted by Bernstein-Rein Advertising, Inc. is hereby **Void** as a lien against this Bankruptcy Estate as it is not a judgment against the Debtor.

**Signed** this ____ day of _____DEC 1 1 2008_____, 2008.

_____
LETITIA Z. CLARK,
UNITED STATES BANKRUPTCY JUDGE