

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/17/2013

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-91470 |
| GEORGE R COUNCILL, JANET | § | Chapter 7 |
| COUNCILL, | § | |
|     Debtor(s). | § | Judge Isgur |

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Resurgent Capital Services LP seeks payment to it on claims filed by Citibank, N.A. Resurgent and its alleged predecessors have not complied with Fed. R. Bankr. P. 3001(e). Accordingly, the application is denied.

SIGNED **January 17, 2013.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE