

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
01/14/2009

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER M. COLBERT | § | CASE NO. 07-34178-H3-7 |
| Debtor | § | (Chapter 7) |
| | § | |

### Agreed Order on Trustee's Motion to Void Judgment Lien of C-Bar Enterprises, Inc., d/b/a Mr. Payroll Bryan/College Station

Came on for consideration the Trustee's Motion to Void Judgment Lien of C-Bar Enterprises, Inc., d/b/a Mr. Payroll Bryan/College Station, ("C-Bar"). C-Bar filed a Response to the Motion denying that its lien was void. The Parties have reached an agreement whereby the actual judgment amount in the lien shall be allowed as a secured claim in the amount of $6,022.44. The remainder of the C-Bar claim including interest and attorney's fees shall be an allowed, unsecured claim in the amount of $8,860.10. The Court having considered the agreement, has determined that the agreement is in the best interest of the Debtor's Estate. It is therefore,

**Ordered** that C-Bar Enterprises, Inc., d/b/a Mr. Payroll Bryan/College Station shall have a secured claim in the amount of $6,022.44 in this Estate; it is further,

**Ordered** that C-Bar Enterprises, Inc., d/b/a Mr. Payroll Bryan/College Station shall have a general, unsecured claim for its interest and attorney's fees in the amount of $8,860.10 in this Estate; it is further,

**Ordered** that C-Bar Enterprises, Inc., d/b/a Mr. Payroll Bryan/College Station shall have 10 days from the entry of this Order to file a Proof of Claim in this Estate for its secured and

unsecured claims; it is further,

**Ordered** that such Proof of Claim will be deemed timely filed in this Estate provided that it is filed within 10 days after entry of this **Order**.

**Signed** this 14 day of January, 2009.

LETITIA Z. CLARK,
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM & CONTENT:**

**TOW & KOENIG, PLLC.**

By: /s/ Julie M. Koenig
Julie M. Koenig
SBA #14217300
26219 Oak Ridge Drive
The Woodlands, Texas 77380
281/681-9100 (Telephone)
832/482-3979 (Telecopier)

Attorneys for the Trustee

**LAW OFFICE OF JEFFREY M. BURNS**

By: /s/ Jeffrey M. Burns
Jeffrey M. Burns
SBA #24054615
1716 Briarcrest Drive, Ste. 206
P.O. Box 4806
Bryan, Teas 77805
979/260-7030 (Telephone)
979/268-3037 (Telecopier)

Attorneys for C-Bar Enterprises, Inc., d/b/a Mr. Payroll