

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**ENTERED**
**03/17/2010**

|  |  |
|---|---|
| IN RE ) | |
| ) | |
| CHRISTOPHER M. COLBERT, ) | CASE NO. 07-34178-H3-7 |
| ) | |
| Debtor, ) | |
| ) | |

ORDER DENYING WITHOUT PREJUDICE
MOTION FOR NON-COMPLIANCE WITH LOCAL RULES

The following motion is denied without prejudice because the movant failed to provide a separate form of order pursuant to Local Rule 9013-1(h), the motion lacked the language required pursuant to Local Rule 9013-1(b), and the certificate of service did not reflect service on the parties listed in Local Rule 9013-1(d).

    Title of Motion    Motion to Show Cause Regarding Distribution of Funds (Docket No. 120).

    Date of Filing    March 16, 2010.

    Movant    C-Bar Enterprises, Inc.

It is so ORDERED.

SIGNED at Houston, Texas on March 17, 2010.

*Letitia Z. Paul*
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE