UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
03/01/2013

IN RE:

Christopher Matthew & Michael Colbert

(Debtor),

BANKRUPTCY CASE NUMBER
07-34178

## ORDER TO PAY UNCLAIMED FUNDS (Docket No. 158)

It appearing that the check made payable to Brian & Deanna Cameron, in the amount of $2,209.76, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 10/12/2012 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Brian & Deanna Cameron ~~c/o Dilks & Knopik, LLC~~ is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $2,209.76 to ~~Dilks & Knopik, LLC~~ and Brian & Deanna Cameron at the following address:

~~35308 SE Center St,~~
~~Snoqualmie, WA 98065~~

Brian & Deanna Cameron
20206 Fairfield Trace Dr.
Cypress, Texas 77433

Signed: March 01, 2013

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98